IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN NANCE,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 16-CV-321-bbc

UNITED STATES OF AMERICA,

    Respondent.

___

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

___

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Sean Nance dismissing his motion for post conviction relief under 28 U.S.C. § 2255 as procedurally defaulted. A certificate of appealability will issued.


    s/V. Olmo, Deputy Clerk　　　　　　　　5/17/2016
    Peter Oppeneer, Clerk of Court　　　　　　Date