IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN NANCE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

AMENDED JUDGMENT IN A CIVIL CASE

Case No. 16-CV-321-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Sean Nance dismissing his motion for post conviction relief under 28 U.S.C. § 2255.

| | |
|---|---|
|    s/V. Olmo, Deputy Clerk    | 5/19/2016 |
| Peter Oppeneer, Clerk of Court | Date |